# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133416(47)

COMMUNITY RESOURCE CONSULTANTS,
INC.,

Plaintiff-Appellee,

v

SC: 133416
COA: 269726
Ingham CC: 04-000879-CK

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,

Defendant-Appellant.

_____

On order of the Chief Justice, the motion by Coalition Protecting Auto No-Fault for leave to file a brief *amicus curiae* is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2007

_____
Clerk